CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Maria Hernandez**<br>DOB: 1964; Mex. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>11-08512 M- |

Complaint for violation of Title 21 United States Code § 841(a)(1) and 841(b)(1)(C)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about November 12, 2011, at or near Ironwood Forest National Monument, in the District of Arizona, **Maria Hernandez**, did knowingly and intentionally possess with intent to distribute 50 kilograms or more, but less than 100 kilograms of marijuana, that is, approximately 99 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 12, 2011, at approximately 0400, a federal surveillance unit called out a group of five (5) individuals carrying large bundles on their backs, which is consistent with marijuana bundles, in the Ironwood Forest National Monument in the District of Arizona. The surveillance unit indicated the backpackers stopped near Avra Valley and Pump Station road. At approximately 0430, a Bureau of Land Management Special Agent saw a vehicle driving west on Avra Valley Road and turned north on Pump Station Road, turned off the vehicle lights and stopped. At this point the surveillance unit called out that the backpackers were loading the vehicle with the backpacks. Agents responded with emergency lights and saw approximately four (4) bodies loading backpacks into a grey Nissan Armada. At this time the bodies ran into the surrounding desert. One of the agents ran up to the vehicle to clear it and noticed several bundles of what appeared to be packaged marijuana in the rear seating area. The driver, still in the driver's seat, was identified as **Maria Hernandez**. Four backpacks of marijuana were recovered from the back of the vehicle with an aggregate weight of approximately 99 kilograms.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| REQUEST DETENTION | SIGNATURE OF COMPLAINANT |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Meister/kc<br>AUTHORIZED BY: AUSA | OFFICIAL TITLE<br>Special Agent |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>November 14, 2011 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3 and 54